UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
STEPHANIE WIMBISH,                         :        10 Civ. 8227 (WHP)

              Plaintiff,        :        ORDER

          -against-                                 :

COMMISSIONER OF SOCIAL                     :
SECURITY,
                                                :
             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/11
```

WILLIAM H. PAULEY III, District Judge:

        Petitioner pro se Stephanie Wimbish brings this action on behalf of her son, Raeqwon Kahlic Wimbish ("Wimbish"), seeking review of a decision by the Commissioner of Social Security ("Commissioner") denying Wimbish's application for Supplemental Security Income benefits. Defendant moves for a judgment on the pleadings. On December 2, 2010, this action was referred to Magistrate Judge Kevin N. Fox. On August 24, 2011, Magistrate Judge Fox issued a report and recommendation (the "Report") recommending that the Commissioner's decision be affirmed.

        The time to file objections or request an extension of time has passed, and neither party objected or requested additional time. This Court has reviewed Magistrate Judge Fox's thorough and well-reasoned Report and finds that it is not facially erroneous. See 28 U.S.C. § 636(b)(1). Accordingly, this Court adopts the Report in its entirety and grants Defendant's motion for a judgment on the pleadings. This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444 (1962).

- 2 -

The Clerk of the Court is directed to terminate all pending motions and mark this case as closed.

Dated: September 14, 2011
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies Mailed to:*

Magistrate Judge Gabriel W. Fox

Stephanie Wimbish
2949 8th Avenue, Apt 9N
New York, NY 10039
*Plaintiff Pro Se*

Susan D. Baird
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Defendant*